<u>UNITED STATES DISTRICT COURT</u>

**FOR THE
DISTRICT OF MAINE**

| | |
|---|---|
| NEW HAMPSHIRE MOTOR TRANSPORT ASSOCIATION, MASSACHUSETTS MOTOR TRANSPORTATION ASSOCIATION, INC., AND VERMONT TRUCK & BUS ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>G. STEVEN ROWE, in his official capacity as Attorney General for the State of Maine,<br><br>Defendant. | CIVIL ACTION NO.: 03-CV-178-P-DBH |

**ENTRY OF APPEARANCE AS COUNSEL TO DEFENDANT**

NOW COMES Melissa Reynolds O'Dea, Assistant Attorney General, pursuant to Local Rule 83.2(a), and enters her appearance as counsel to Defendant, G. Steven Rowe in his official capacity as Attorney General for the State of Maine, in the above-captioned matter.

| | |
|---|---|
| Dated:  October 23, 2003<br>            Augusta, Maine | Respectfully submitted,<br><br>/s/ MELISSA REYNOLDS O'DEA<br>Assistant Attorney General<br>6 State House Station<br>Augusta, Maine 04333-0006<br>(207) 626-8800<br>Attorney for Defendant |