UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| NEW HAMPSHIRE MOTOR TRANSPORT ASSOCIATION, et al.<br>Plaintiffs<br><br>v.<br><br><br>MAINE ATTORNEY GENERAL<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>CIVIL NO. 03-178-B-H |

## JUDGMENT

In accordance with the Order on Defendant's Motion for Partial Summary Judgment and Partial Motion to Dismiss, issued on June 30, 2004, by Hornby, J., and in accordance with the Decision and Order on Cross Motions for Summary Judgment, issued on May 27, 2005, by Hornby, J.:

JUDGMENT is hereby entered for the defendant, Maine Attorney General, and against the plaintiffs, New Hampshire Motor Transport Association, Massachusetts Motor Transport Association Inc and Vermont Truck and Bus Association Inc on all claims as to any facial FAAAA preemption challenges to 22 M.R.S.A. §§ 1555-C(3)(A), 1555-C(3)(C) and 1555-D;

JUDGMENT is hereby entered for the plaintiffs, New Hampshire Motor Transport Association, Massachusetts Motor Transport Association Inc and Vermont Truck and Bus Association Inc, and against the defendant, Maine Attorney General, as to section 1555-D and subsection 1555-C(3)(C) of the Maine Statute; and

JUDGMENT is hereby entered for the defendant, Maine Attorney General, and against the plaintiffs, New Hampshire Motor Transport Association, Massachusetts Motor Transport Association Inc and Vermont Truck and Bus Association Inc as to subsection 1555-C(3)(A) of the Maine Statute.

                WILLIAM S. BROWNELL
                Clerk of Court

                /s/ Melody Whitten
       By:  Melody Whitten
                Deputy Clerk

Dated this 28th day of June, 2005.